**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| Benjamin Gleespen, | |
| Plaintiff, on behalf of himself and all those similarly situated, | No. 25-CV-751 (SVN) |
| v. | **PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO MOVE TO AMEND THE PLEADINGS** |
| Planet Home Lending, LLC | |
| Defendant. | |

---

Plaintiff Benjamin Gleespen respectfully requests that the Court extend his deadline to amend the pleadings, originally set for November 20, 2025 (Dkt. 19 at 4), until December 22, 2025. Plaintiff has good cause for his request as required by Local Rule 16(b).

Defendant requested and Plaintiff granted extra time to respond to Plaintiff's First Set of Discovery Requests until December 8, 2025. Plaintiff's counsel needs to review this production to see whether an amended complaint is necessary. Based on this understanding, Plaintiff's and Defendant's counsel agreed via email on November 3, 2025 to extend Plaintiff's deadline to amend the pleadings until December 22, 2025.

Respectfully submitted,                                                Dated: November 20, 2025

*/s/ Brian L. Bromberg*

Brian L. Bromberg
Bromberg Law Office, P.C.
295 Madison Ave, FL 22
New York, New York 10017
(212) 248-7906
brian@bromberglawoffice.com

1

Vildan A. Teske (#241404) (*pro hac vice* forthcoming)
Lee Owen (#0505523) (*pro hac vice* forthcoming)
TESKE LAW PLLC
80 South Eighth Street, Ste. 900
Minneapolis, MN, 55402
(612) 767-0521
teske@teskelaw.com
owen@teskelaw.com

*Counsel for Plaintiff Benjamin Gleespen*